UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

TS EMPLOYMENT, INC.                      Case No. 15-10243 (MG)
                                                  Chapter 11

                   Debtor.

------------------------------------------------------------X
In re:

CORPORATE RESOURCE SERVICES, INC., *et al.*,    Case Nos. 15-12329 (MG), 15-12330
                                                  (MG), 15-12331 (MG), 15-12332
                                                  (MG), 15-12333 (MG), 15-12334
                                                  (MG), 15- 12335 (MG), 15-12336
                                                  (MG)

                                                  Chapter 11
                   Debtors.                         (Jointly Administered)
------------------------------------------------------------X

JAMES S. FELTMAN, not individually but solely
as chapter 11 trustee for TS Employment, Inc.,       Adv. Proc. No. 17-1013 (MG)
and for Corporate Resource Services, Inc., et al.,

                   Plaintiff,

v.

TRI-STATE EMPLOYMENT SERVICE, INC.,
TRI-STATE EMPLOYMENT SERVICES, INC.,
BROADWAY PEO, INC.,
CARUSSO STAFFING CORP.,
STS GROUP, INC., TRISTATE SC, INC.,
ODYSSEY ASSOCIATES, INC.,
TRI-STATE NORTH CAROLINA, INC.,
TSE-PEO, INC., ROBERT CASSERA,
JOHN MESSINA, JAMES FOLEY and
JOSEPH CASSERA,

                   Defendants.
------------------------------------------------------------X

## NOTICE OF APPEARANCE

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is admitted or otherwise authorized to practice in this Court, and is appearing in this adversary proceeding as counsel for the Defendant Robert Cassera in the above-captioned matter.

Dated: March 8, 2017
New York, New York

_____
Marc Agnifilo, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: magnifilo@braflaw.com