**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>TS EMPLOYMENT, INC.*,*<br><br>    Debtor. | Chapter 11<br><br>Case No. 15-10243 (MG) |
| In re<br><br>CORPORATE RESOURCE SERVICES, INC., *et al.*,[1]<br><br>    Debtors. | Case No. 15-12329 (MG)<br><br>Chapter 11<br>(Jointly Administered) |
| JAMES S. FELTMAN, not individually but solely as chapter 11 trustee for TS EMPLOYMENT, INC., and for CORPORATE RESOURCE SERVICES, INC., et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>TRI-STATE EMPLOYMENT SERVICE, INC., TRI-STATE EMPLOYMENT SERVICES, INC., BROADWAY PEO, INC., CARUSSO STAFFING CORP., STS GROUP, INC., TRISTATE SC, INC., ODYSSEY ASSOCIATES, INC., TRI-STATE NORTH CAROLINA, INC., TSE-PEO, INC., ROBERT CASSERA, JOHN MESSINA, JAMES FOLEY and JOSEPH CASSERA,<br><br>    Defendants. | Adv. Proc. No. 17-1013 (MG)<br><br>Adv. Proc. No. 17-1014 (MG) |

---

[1] The following chapter 11 cases are being jointly administered under Case No. 15-12329: (1) Corporate Resource Services, Inc., (2) Accountabilities, Inc., (3) Insurance Overload Services, Inc., (4) Integrated Consulting Services, Inc., (5) Corporate Resource Development Inc., (6) The CRS Group, Inc., (7) Diamond Staffing Services, Inc., and (8) TS Staffing Services, Inc. (collectively, the "CRS Debtors," and together with TS Employment, Inc., the "Debtors").

## STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, James S. Feltman, not individually but solely in his capacity as Chapter 11 trustee of TS Employment, Inc., Corporate Resource Services, Inc., *et al.*, by and through his undersigned counsel, and Defendants (i) Odyssey Associates, Inc., (ii) Robert Cassera, (iii) John P. Messina, Sr., (iv) James Foley, (v) Michael J. Golde, and (vi) Joseph Cassera (collectively, the "Dismissed Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of the above-captioned adversary proceedings as to the Dismissed Defendants. This dismissal applies only to the Dismissed Defendants and the Trustee reserves all rights against all other defendants in the above-captioned adversary proceedings.

(Signature page follows)

Dated: New York, New York
       February 19, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ *Vincent E. Lazar* | /s/ *Jonathan Uretseky* |
| Vincent E. Lazar | Jonathan Uretsky |
| JENNER & BLOCK LLP | PHILLIPSON & URETSKY, LLP |
| 353 North Clark Street | 111 Broadway, 8th Floor |
| Chicago, Illinois 60654 | New York, NY 10006 |
| Tel. (312) 222-9350 | (212) 571-1164 |
| vlazar@jenner.com | uretsky@phillipson-uretsky.com |


/s/ *Vincent E. Lazar*
Vincent E. Lazar
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel. (312) 222-9350
vlazar@jenner.com

Richard Levin
Brian J. Fischer
Carl N. Wedoff
JENNER & BLOCK LLP
919 Third Avenue, 38th Floor
New York, New York 10022
(212) 891-1600
rlevin@jenner.com
bfischer@jenner.com
cwedoff@jenner.com

*Attorneys for the Chapter 11 Trustee*

/s/ Marc Agnigilo
Marc Agnifilo
Andrea Zellan
BRAFMAN AND ASSOCIATES, P.C.
767 Third Ave
26th Floor
New York, NY 10017
(212) 750-7800
magnifilo@braflaw.com
zel

*Attorneys for Robert Cassera, Joseph Cassera, and Odyssey Associates, Inc.*

/s/ Jonathan Uretseky
Jonathan Uretsky
PHILLIPSON & URETSKY, LLP
111 Broadway, 8th Floor
New York, NY 10006
(212) 571-1164
uretsky@phillipson-uretsky.com

*Attorneys for James Foley*

/s/ Howard Weiner
Scott J. Splittgerber
Howard Weiner
BACHNER & ASSOCIATES
39 Broadway
Suite 1610
New York, NY 10006
212-344-7778
Fax : 212-344-7774
ss@bhlawfirm.com
hw@bhlawfirm.com

*Attorneys for John P. Messina, Sr.*

/s/ James P. Smith
Richard W. Reinthaler
James P. Smith
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
rreinthaler@winston.com
jpsmith@winston.com

*Attorneys for Michael J. Golde*