**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>TS EMPLOYMENT, INC.,<br><br>       Debtor. | Case No. 15-10243 (MG)<br><br>Chapter 11 |
| JAMES S. FELTMAN, not individually but solely as chapter 11 trustee for TS EMPLOYMENT, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>TRI-STATE EMPLOYMENT SERVICE, INC., TRI-STATE EMPLOYMENT SERVICES, INC., BROADWAY PEO, INC., CARUSSO STAFFING CORP., STS GROUP, INC., TRISTATE SC, INC., ODYSSEY ASSOCIATES, INC., TRI-STATE NORTH CAROLINA, INC., TSE-PEO, INC., ROBERT CASSERA, JOHN MESSINA, JAMES FOLEY and JOSEPH CASSERA,<br><br>       Defendants. | Adv. Proc. No. 17-1013 (MG)<br><br>BC 19,0031 |

## **DEFAULT JUDGMENT IN ADVERSARY PROCEEDING**

This matter coming before the Court on the renewed motion (the "Renewed Motion," ECF Doc. # 54) of Plaintiff James S. Feltman, not individually but solely in his capacity as chapter 11 trustee (the "Trustee") of TS Employment, Inc. ("TSE"), for entry of a default judgment against Tri-State Employment Service, Inc., Tri-State Employment Services, Inc., and Broadway PEO, Inc. (collectively, the "Default Judgment Parties"), and the Court having issued its Memorandum Opinion and Order Granting Plaintiff's Renewed Motion for Entry of Default Judgment ("Opinion," ECF Doc. # 58), granting the Renewed Motion;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is ENTERED in favor of the Trustee and against (i) Defendant Tri-State Employment Services, Inc. in the amount of $137,030,343, (ii) Defendant Tri-State Employment Service, Inc. in the amount of $98,176,412, and (iii) Defendant Broadway PEO, Inc. in the amount of $31,930,387, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: June 18, 2019
 New York, New York

 **/s/Martin Glenn**
 MARTIN GLENN
 United States Bankruptcy Judge