Co: 14 Page 1
11/2/2017
02:07 PM
GL_ARS

# AGED ACCOUNTS RECEIVABLE REPORT

TM State Employment Service, Inc.

Accounts Aged Thru 11/02/2017

| Code | Customer | Invoice # | Invoice Date | Due Date | Invoice Amount | Balance Due | 0 to 29 Days Past Due | 30 to 59 Days Past Due | 60 to 89 Days Past Due | More than 89 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1005-000 | JO-FAZ TRANSPORTATION, | 14012389 | 12/31/2015 | 12/31/2015 | 2,118.88 | 2,118.88 | .00 | .00 | .00 | 2,118.88 |
| 1005-000 | JO-FAZ TRANSPORTATION, | 14012392 | 12/31/2015 | 12/31/2015 | 711.19 | 711.19 | .00 | .00 | .00 | 711.19 |
| | **Customer Total** | | | | 2,830.07 | 2,830.07 | 0.00 | 0.00 | 0.00 | 2,830.07 |
| | Contact:JOE FAZZIA | Phone:718-852-0286 Terms: | | | | | | | | |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012159-001 | 12/04/2015 | 12/04/2015 | 146.08 | 146.08 | .00 | .00 | .00 | 146.08 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012196-001 | 12/11/2015 | 12/11/2015 | 301,068.98 | 301,068.98 | .00 | .00 | .00 | 301,068.98 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012241-001 | 12/18/2015 | 12/18/2015 | 285,901.75 | 8,820.10 | .00 | .00 | .00 | 8,820.10 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012263-001 | 12/18/2015 | 12/18/2015 | 917.57 | 917.57 | .00 | .00 | .00 | 917.57 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012277-001 | 12/23/2015 | 12/23/2015 | 299,782.04 | 299,782.04 | .00 | .00 | .00 | 299,782.04 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012317-001 | 12/24/2015 | 12/24/2015 | 754.46 | 754.46 | .00 | .00 | .00 | 754.46 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012348-001 | 12/30/2015 | 12/30/2015 | 256,558.40 | 256,558.40 | .00 | .00 | .00 | 256,558.40 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012363-001 | 12/30/2015 | 12/30/2015 | -1,994.79 | -1,994.79 | .00 | .00 | .00 | -1,994.79 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012373-001 | 12/30/2015 | 12/30/2015 | 1,047.07 | 1,047.07 | .00 | .00 | .00 | 1,047.07 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012374-001 | 12/30/2015 | 12/30/2015 | 767.42 | 767.42 | .00 | .00 | .00 | 767.42 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012377-001 | 12/31/2015 | 12/31/2015 | -10,147.77 | -10,147.77 | .00 | .00 | .00 | -10,147.77 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012379-001 | 12/30/2015 | 12/30/2015 | 1,055.98 | 1,055.98 | .00 | .00 | .00 | 1,055.98 |
| 1005-001 | JO-FAZ TRANSPORTATION, | 14012381-001 | 12/30/2015 | 12/30/2015 | 488.94 | 488.94 | .00 | .00 | .00 | 488.94 |
| | **Customer Total** | | | | 1,136,346.13 | 859,264.48 | 0.00 | 0.00 | 0.00 | 859,264.48 |
| | Contact:JOE FAZZIA | Phone:718-852-0286 Terms: | | | | | | | | |
| 1005-002 | JO-FAZ TRANS-ESCORTS | 14012193-002 | 12/11/2015 | 12/11/2015 | 42,843.50 | 42,843.50 | .00 | .00 | .00 | 42,843.50 |
| 1005-002 | JO-FAZ TRANS-ESCORTS | 14012238-002 | 12/18/2015 | 12/18/2015 | 29,403.73 | 843.02 | .00 | .00 | .00 | 843.02 |
| 1005-002 | JO-FAZ TRANS-ESCORTS | 14012269-002 | 12/18/2015 | 12/18/2015 | 586.93 | 586.93 | .00 | .00 | .00 | 586.93 |
| 1005-002 | JO-FAZ TRANS-ESCORTS | 14012273-002 | 12/23/2015 | 12/23/2015 | 32,132.02 | 32,132.02 | .00 | .00 | .00 | 32,132.02 |
| 1005-002 | JO-FAZ TRANS-ESCORTS | 14012349-002 | 12/30/2015 | 12/30/2015 | 24,199.20 | 24,199.20 | .00 | .00 | .00 | 24,199.20 |
| 1005-002 | JO-FAZ TRANS-ESCORTS | 14012382-002 | 12/31/2015 | 12/31/2015 | -390.74 | -390.74 | .00 | .00 | .00 | -390.74 |
| | **Customer Total** | | | | 128,774.64 | 100,213.93 | 0.00 | 0.00 | 0.00 | 100,213.93 |
| | Contact:JOE FAZZIA | Phone:718-852-0286 Terms: | | | | | | | | |
| 1005-003 | JO-FAZ TRANS-CHARTERS | 14012186-003 | 12/11/2015 | 12/11/2015 | 19,626.55 | 19,626.55 | .00 | .00 | .00 | 19,626.55 |
| 1005-003 | JO-FAZ TRANS-CHARTERS | 14012244-003 | 12/18/2015 | 12/18/2015 | 21,360.15 | 614.86 | .00 | .00 | .00 | 614.86 |
| 1005-003 | JO-FAZ TRANS-CHARTERS | 14012281-003 | 12/23/2015 | 12/23/2015 | 23,065.69 | 23,065.69 | .00 | .00 | .00 | 23,065.69 |
| 1005-003 | JO-FAZ TRANS-CHARTERS | 14012350-003 | 12/30/2015 | 12/30/2015 | 5,355.82 | 5,355.82 | .00 | .00 | .00 | 5,355.82 |
| 1005-003 | JO-FAZ TRANS-CHARTERS | 14012383-003 | 12/31/2015 | 12/31/2015 | -1,401.59 | -1,401.59 | .00 | .00 | .00 | -1,401.59 |
| | **Customer Total** | | | | 68,006.62 | 47,261.33 | 0.00 | 0.00 | 0.00 | 47,261.33 |
| | Contact:JOE FAZZIA | Phone:718-852-0286 Terms: | | | | | | | | |
| 1005-004 | JO-FAZ TRANS-ATL DRV | 14012190-004 | 12/11/2015 | 12/11/2015 | 64,552.85 | 64,552.85 | .00 | .00 | .00 | 64,552.85 |
| 1005-004 | JO-FAZ TRANS-ATL DRV | 14012243-004 | 12/18/2015 | 12/18/2015 | 63,141.61 | 1,726.69 | .00 | .00 | .00 | 1,726.69 |
| 1005-004 | JO-FAZ TRANS-ATL DRV | 14012261-004 | 12/18/2015 | 12/18/2015 | 91.31 | 2.42 | .00 | .00 | .00 | 2.42 |
| 1005-004 | JO-FAZ TRANS-ATL DRV | 14012268-004 | 12/18/2015 | 12/18/2015 | -370.54 | -370.54 | .00 | .00 | .00 | -370.54 |
| 1005-004 | JO-FAZ TRANS-ATL DRV | 14012276-004 | 12/23/2015 | 12/23/2015 | 63,672.47 | 63,672.47 | .00 | .00 | .00 | 63,672.47 |
| 1005-004 | JO-FAZ TRANS-ATL DRV | 14012353-004 | 12/30/2015 | 12/30/2015 | 48,152.04 | 48,152.04 | .00 | .00 | .00 | 48,152.04 |
| 1005-004 | JO-FAZ TRANS-ATL DRV | 14012371-004 | 12/30/2015 | 12/30/2015 | 429.13 | 429.13 | .00 | .00 | .00 | 429.13 |
| | **Customer Total** | | | | 239,668.87 | 178,165.06 | 0.00 | 0.00 | 0.00 | 178,165.06 |
| | Contact:JOE FAZZIA | Phone:718-852-0286 Terms: | | | | | | | | |

Co: 14 Page 2
11/2/2017
02:07 PM
GL_ARS

# AGED ACCOUNTS RECEIVABLE REPORT

Accounts Aged Thru 11/02/2017

| Code | Customer | Invoice # | Invoice Date | Due Date | Invoice Amount | Balance Due | 0 to 29 Days Past Due | 30 to 59 Days Past Due | 60 to 89 Days Past Due | More than 89 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | Customer Total | | | | 146,068.14 | 111,068.14 | 0.00 | 0.00 | 0.00 | 111,068.14 |
| | Contact:MARISA DELCORSO | Phone:570-422-0800 Terms: | | | | | | | | |
| 1010-000 | THIRD AVENUE TRANSIT, IN | 14012390 | 12/31/2015 | 12/31/2015 | 355.65 | 355.65 | .00 | .00 | .00 | 355.65 |
| | Customer Total | | | | 355.65 | 355.65 | 0.00 | 0.00 | 0.00 | 355.65 |
| | Contact:Al Rizzo | Phone:718-852-0266 Terms: | | | | | | | | |
| 1010-001 | THIRD AVENUE TRANSIT (DI | 14012252-001 | 12/18/2015 | 12/18/2015 | 32,232.75 | 856.90 | .00 | .00 | .00 | 856.90 |
| 1010-001 | THIRD AVENUE TRANSIT (DI | 14012272-001 | 12/23/2015 | 12/23/2015 | 58,314.07 | 58,314.07 | .00 | .00 | .00 | 58,314.07 |
| 1010-001 | THIRD AVENUE TRANSIT (DI | 14012343-001 | 12/31/2015 | 12/31/2015 | 31,450.97 | 31,450.97 | .00 | .00 | .00 | 31,450.97 |
| | Customer Total | | | | 121,997.79 | 90,621.94 | 0.00 | 0.00 | 0.00 | 90,621.94 |
| | Contact:Al Rizzo | Phone:718-852-0266 Terms: | | | | | | | | |
| 1406-000 | Y&M TRANSIT CORP | 14012391 | 12/31/2015 | 12/31/2015 | 1,989.55 | 1,989.55 | .00 | .00 | .00 | 1,989.55 |
| 1406-000 | Y&M TRANSIT CORP | 14012393 | 12/31/2015 | 12/31/2015 | 960.61 | 960.61 | .00 | .00 | .00 | 960.61 |

# AGED ACCOUNTS RECEIVABLE REPORT

Accounts Aged Thru 11/02/2017

| Code | Customer | Invoice # | Invoice Date | Due Date | Invoice Amount | Balance Due | 0 to 29 Days Past Due | 30 to 59 Days Past Due | 60 to 89 Days Past Due | More than 89 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Customer Total** | | | | 2,950.16 | 2,950.16 | 0.00 | 0.00 | 0.00 | 2,950.16 |
| | Contact:AL RIZZO | Phone:718-852-0286 Terms:SEE BELOW-INSTRUCT | | | | | | | | |
| 1406-001 | Y&M TRANSIT CORP - DRV/C | 14012211-001 | 12/11/2015 | 12/11/2015 | 10,447.00 | 10,447.00 | .00 | .00 | .00 | 10,447.00 |
| 1406-001 | Y&M TRANSIT CORP - DRV/C | 14012253-001 | 12/18/2015 | 12/18/2015 | 229,381.42 | 5,746.69 | .00 | .00 | .00 | 5,746.69 |
| 1406-001 | Y&M TRANSIT CORP - DRV/C | 14012274-001 | 12/23/2015 | 12/23/2015 | 237,036.84 | 237,036.84 | .00 | .00 | .00 | 237,036.84 |
| 1406-001 | Y&M TRANSIT CORP - DRV/C | 14012314-001 | 12/23/2015 | 12/23/2015 | 1,264.06 | 1,264.06 | .00 | .00 | .00 | 1,264.06 |
| 1406-001 | Y&M TRANSIT CORP - DRV/C | 14012344-001 | 12/30/2015 | 12/30/2015 | 205,597.24 | 205,597.24 | .00 | .00 | .00 | 205,597.24 |
| 1406-001 | Y&M TRANSIT CORP - DRV/C | 14012364-001 | 12/30/2015 | 12/30/2015 | -1,460.85 | -1,460.85 | .00 | .00 | .00 | -1,460.85 |
| 1406-001 | Y&M TRANSIT CORP - DRV/C | 14012368-001 | 12/30/2015 | 12/30/2015 | 169.28 | 169.28 | .00 | .00 | .00 | 169.28 |
| 1406-001 | Y&M TRANSIT CORP - DRV/C | 14012385-001 | 12/31/2015 | 12/31/2015 | -1,819.04 | -1,819.04 | .00 | .00 | .00 | -1,819.04 |
| | **Customer Total** | | | | 680,615.95 | 456,981.22 | 0.00 | 0.00 | 0.00 | 456,981.22 |
| | Contact:AL FAZZIO | Phone:718-852-0286 Terms: | | | | | | | | |
| 1406-002 | Y&M TRANSIT CORP - ESC | 14012212-002 | 12/11/2015 | 12/11/2015 | -201.03 | -201.03 | .00 | .00 | .00 | -201.03 |
| 1406-002 | Y&M TRANSIT CORP - ESC | 14012254-002 | 12/18/2015 | 12/18/2015 | 123,598.34 | 3,036.24 | .00 | .00 | .00 | 3,036.24 |
| 1406-002 | Y&M TRANSIT CORP - ESC | 14012275-002 | 12/23/2015 | 12/23/2015 | 129,069.94 | 129,069.94 | .00 | .00 | .00 | 129,069.94 |
| 1406-002 | Y&M TRANSIT CORP - ESC | 14012345-002 | 12/30/2015 | 12/30/2015 | 95,493.96 | 95,493.96 | .00 | .00 | .00 | 95,493.96 |
| 1406-002 | Y&M TRANSIT CORP - ESC | 14012384-002 | 12/31/2015 | 12/31/2015 | -1,081.73 | -1,081.73 | .00 | .00 | .00 | -1,081.73 |
| | **Customer Total** | | | | 346,879.48 | 226,317.38 | 0.00 | 0.00 | 0.00 | 226,317.38 |
| | Contact:AL FAZZIO | Phone:718-852-0286 Terms: | | | | | | | | |

Co: 05 Page 1
11/2/2017
11:19 AM
GL_ARS

# AGED ACCOUNTS RECEIVABLE REPORT

Tri-State Employment Services, Inc.

Accounts Aged Thru 11/02/2017

Co: 05 Page 2
11/2/2017
11:19 AM
GL_ARS

# AGED ACCOUNTS RECEIVABLE REPORT

Accounts Aged Thru 11/02/2017

| Code | Customer | Invoice # | Invoice Date | Due Date | Invoice Amount | Balance Due | 0 to 29 Days Past Due | 30 to 59 Days Past Due | 60 to 89 Days Past Due | More than 89 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

# AGED ACCOUNTS RECEIVABLE REPORT

Accounts Aged Thru 11/02/2017

| Code | Customer | Invoice # | Invoice Date | Due Date | Invoice Amount | Balance Due | 0 to 29 Days Past Due | 30 to 59 Days Past Due | 60 to 89 Days Past Due | More than 89 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |

# AGED ACCOUNTS RECEIVABLE REPORT

Accounts Aged Thru 11/02/2017

| Code | Customer | Invoice # | Invoice Date | Due Date | Invoice Amount | Balance Due | 0 to 29 Days Past Due | 30 to 59 Days Past Due | 60 to 89 Days Past Due | More than 89 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |

Co: 36 Page 1
11/2/2017
11:47 AM
GL_ARS

# AGED ACCOUNTS RECEIVABLE REPORT

Accounts Aged Thru 11/02/2017

Tri-State North Carolina, Inc.

| Code | Customer | Invoice # | Invoice Date | Due Date | Invoice Amount | Balance Due | 0 to 29 Days Past Due | 30 to 59 Days Past Due | 60 to 89 Days Past Due | More than 89 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1001-500 | FIRST STAFFING INC (FORE: | 36000241-500 | 06/13/2014 | 06/13/2014 | 1,630.26 | 1,630.26 | .00 | .00 | .00 | 1,630.26 |
| | **Customer Total** | | | | 1,630.26 | 1,630.26 | 0.00 | 0.00 | 0.00 | 1,630.26 |
| | Contact:TERRI BLANTON | Phone:8644895300 | Terms: | | | | | | | |
| | **Report Total** | | | | 1,630.26 | 1,630.26 | 0.00 | 0.00 | 0.00 | 1,630.26 |

Co: 55 Page 1
11/2/2017
11:50 AM
GL_ARS

# AGED ACCOUNTS RECEIVABLE REPORT

Accounts Aged Thru 11/02/2017

T36-PCO

| Code | Customer | Invoice # | Invoice Date | Due Date | Invoice Amount | Balance Due | 0 to 29 Days Past Due | 30 to 59 Days Past Due | 60 to 89 Days Past Due | More than 89 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1119-000 | EMPLOYMENT RESOURCES | 55000623 | 12/19/2014 | 12/19/2014 | -91.35 | -91.35 | .00 | .00 | .00 | -91.35 |
| | **Customer Total** | | | | -91.35 | -91.35 | 0.00 | 0.00 | 0.00 | -91.35 |
| | Contact: | Phone: | Terms:UPON RECPT | | | | | | | |
| 1127-000 | PAPER SOURCE CONVERTII | 55000698 | 01/16/2015 | 01/16/2015 | 2,077.42 | 2,077.42 | .00 | .00 | .00 | 2,077.42 |
| 1127-000 | PAPER SOURCE CONVERTII | 55000701 | 01/15/2015 | 01/15/2015 | 250.89 | 250.89 | .00 | .00 | .00 | 250.89 |
| 1127-000 | PAPER SOURCE CONVERTII | 55000722 | 01/23/2015 | 01/23/2015 | 2,077.42 | 2,077.42 | .00 | .00 | .00 | 2,077.42 |
| 1127-000 | PAPER SOURCE CONVERTII | 55000747 | 02/02/2015 | 02/02/2015 | -18,502.27 | -18,502.27 | .00 | .00 | .00 | -18,502.27 |
| | **Customer Total** | | | | -14,096.54 | -14,096.54 | 0.00 | 0.00 | 0.00 | -14,096.54 |
| | Contact: | Phone: | Terms:UPON RECPT | | | | | | | |
| 1128-000 | PERFORMANCE STAFFING II | 55000799 | 12/29/2014 | 12/29/2014 | -774.26 | -774.26 | .00 | .00 | .00 | -774.26 |
| 1128-000 | PERFORMANCE STAFFING II | 55000800 | 12/29/2014 | 12/29/2014 | 64,985.64 | 64,985.64 | .00 | .00 | .00 | 64,985.64 |
| 1128-000 | PERFORMANCE STAFFING II | 55000807 | 12/29/2014 | 12/29/2014 | 2,037.38 | 2,037.38 | .00 | .00 | .00 | 2,037.38 |
| 1128-000 | PERFORMANCE STAFFING II | 55000817 | 12/29/2014 | 12/29/2014 | 1.31 | 1.31 | .00 | .00 | .00 | 1.31 |
| 1128-000 | PERFORMANCE STAFFING II | 55000823 | 12/29/2014 | 12/29/2014 | 484.23 | 484.23 | .00 | .00 | .00 | 484.23 |
| 1128-000 | PERFORMANCE STAFFING II | 55000860 | 12/29/2014 | 12/29/2014 | 4,368.63 | 4,368.63 | .00 | .00 | .00 | 4,368.63 |
| 1128-000 | PERFORMANCE STAFFING II | 55000868 | 12/22/2014 | 12/22/2014 | 3,235.59 | 3,235.59 | .00 | .00 | .00 | 3,235.59 |
| 1128-000 | PERFORMANCE STAFFING II | 55000871 | 12/29/2014 | 12/29/2014 | .01 | .01 | .00 | .00 | .00 | .01 |
| 1128-000 | PERFORMANCE STAFFING II | 55000899 | 12/29/2014 | 12/29/2014 | -685.14 | -685.14 | .00 | .00 | .00 | -685.14 |
| 1128-000 | PERFORMANCE STAFFING II | 55000901 | 12/29/2014 | 12/29/2014 | -169.50 | -169.50 | .00 | .00 | .00 | -169.50 |
| 1128-000 | PERFORMANCE STAFFING II | 55000904 | 12/29/2014 | 12/29/2014 | 569.86 | 569.86 | .00 | .00 | .00 | 569.86 |
| | **Customer Total** | | | | 74,053.75 | 74,053.75 | 0.00 | 0.00 | 0.00 | 74,053.75 |
| | Contact: | Phone: | Terms:UPON RECPT | | | | | | | |
| | **Report Total** | | | | 59,865.86 | 59,865.86 | 0.00 | 0.00 | 0.00 | 59,865.86 |

Co: 68 Page 1
11/3/2017
12:03 PM
GL_ARS

# AGED ACCOUNTS RECEIVABLE REPORT

Accounts Aged Thru 11/03/2017

T&E-TEO

| Code | Customer | Invoice # | Invoice Date | Due Date | Invoice Amount | Balance Due | 0 to 29 Days Past Due | 30 to 59 Days Past Due | 60 to 89 Days Past Due | More than 89 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 7501-000 | SUMMIT SOFTWARE | 68000079 | 05/10/2013 | 05/10/2013 | 13,149.18 | -796.44 | .00 | .00 | .00 | -796.44 |
| | **Customer Total** | | | | 13,149.18 | -796.44 | 0.00 | 0.00 | 0.00 | -796.44 |
| | Contact: | Phone:501-771-2600 Terms:UPON RECPT | | | | | | | | |
| | **Report Total** | | | | 13,149.18 | -796.44 | 0.00 | 0.00 | 0.00 | -796.44 |